~~Free~~ Copy
~~too~~
Six

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number __3:22CV66__
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

**I. PARTIES**

A. Plaintiff:

1. (a) __George E. Rainey__    (b) __1889801__
      (Name)                                    (Inmate number)

   (c) __Haynesville Correctional Center__
       (Address)

   __Haynesville Va. 22472__

**Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.**

**Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.**

B. Defendant(s):

1. (a) __RACSB__    (b) _____
      (Name)                              (Title/Job Description)

   (c) __600 Jackson St.__
       (Address)

   __Fredericksburg Va. 22401__

2

~~Best~~ Copy
Six

2.  (a) _____        (b) _____
        (Name)                             (Title/Job Description)

    (c) _____
        (Address)

        _____

3.  (a) _____        (b) _____
        (Name)                             (Title/Job Description)

    (c) _____
        (Address)

        _____

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

II.   **PREVIOUS LAWSUITS**

A.   Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [ ]   No [✓]

B.   If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1.   Parties to previous lawsuit:

        Plaintiff(s) *George Edward Rainey*

        Defendant(s) _____

        _____

   2.   Court (if federal court, name the district; if state court, name the county):

        _____

   3.   Date lawsuit filed: _____

   4.   Docket number: _____

5. Name of Judge to whom case was assigned: _____

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?) : _____

### III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place: _____

B. Does the institution listed in "A" have a grievance procedure? Yes [ ] No [✓]

C. If your answer to "B" is Yes:

1. Did you file a grievance based on this complaint? Yes [ ] No [✓]

2. If so, where and when: _____

3. What was the result? _____

4. Did you appeal? Yes [ ] No [ ]

5. Result of appeal: _____

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [ ] No [ ]

If your answer is Yes, what steps did you take? _____

E. If your answer is No, explain why you did not submit your complaint to the prison authorities: _____

4

*Six Copy*

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

My name is George Rainey I went To The RACSB five times and I was toll that I could Stand Trial then They call me To Court and Toll me That I could stand Trial know I want my medicine Record and They won't give it To Me They no That The Court Lie that why They don't want to give it To me I was Toll That I could get it unTil I was release From Jail They no why I want it To show That I did get a Fair Trial. iF I Have To pay a Fee I will pay iT When I am release From Jail    George Edward Rainey

5

*Lit Copy*

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. _____ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

_____ Award money damages in the amount of $ _____

_____ Grant injunctive relief by _____

_____ Other _____

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

_____

_____

_____

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [ ] No [ ]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this _____ day of _____ , 20 _____ .

Plaintiff _____

6