**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| GEORGE E. RAINEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:22CV66–HEH |
| | ) | |
| RACSB, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**
**(Dismissing Action Without Prejudice)**

On February 15, 2022, the Court conditionally docketed Plaintiff's action.

Plaintiff requested leave to proceed *in forma pauperis*.  By Memorandum Order entered

on March 10, 2022, the Court directed Plaintiff to pay an initial partial filing fee of

$42.51 or state under penalty of perjury that he did not have sufficient assets to pay such

a fee within eleven (11) days of the date of entry thereof.  *See* 28 U.S.C. § 1915(b)(1).

By Memorandum Order entered on April 12, 2022, the Court provided Plaintiff with

eleven (11) more days in which to comply with the March 10, 2022 Memorandum Order.

More than eleven (11) days have elapsed and Plaintiff has neither paid the initial partial

filing fee nor averred that he cannot pay such a fee.  Therefore, Plaintiff is not entitled to

proceed *in forma pauperis*.  Plaintiff's disregard of the Court's directives warrants

dismissal of the action.  Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

_____/s/_____
HENRY E. HUDSON
SENIOR UNITED STATES DISTRICT JUDGE

Date: May 4, 2022
Richmond, Virginia